UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CRISTINA LABREAU,

    Plaintiff,

v.                                      CASE NO.:  1:17-cv-20372-KMW

SYNERGETIC COMMUICATIONS, INC.,

    Defendant.

_____

**NOTICE OF PENDING SETTLEMENT**

PLAINTIFF, CRISTINA LABREAU, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, CRISTINA LABREAU, and Defendant, SYNERGETIC COMMUNICATIONS, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                              */s/Amanda J. Allen, Esq.*
                                              **Amanda J. Allen, Esq**.
                                              Florida Bar No.:  98228
                                              Amanda@TheConsumerProtectionFirm.com
                                              THE CONSUMER PROTECTION FIRM, PLLC
                                              210-A South MacDill Avenue
                                              Tampa, FL 33609
                                              Telephone: (813) 500-1500
                                              Facsimile: (813) 435-2369
                                              *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on March 24, 2017, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

    */s/Amanda J. Allen, Esq.*
Amanda J. Allen, Esq.
Florida Bar No.:  98228
Amanda@TheConsumerProtectionFirm.com
William Peerce Howard, Esq.
Florida Bar No.:  0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
210-A South MacDill Avenue
Tampa, FL 33609
Telephone: (813) 500-1500
Facsimile: (813) 435-2369
*Attorney for Plaintiff*