UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-20372-CIV-WILLIAMS

CRISTINA LABREAU,

    Plaintiff,

vs.

SYNERGETIC COMMUNICATIONS, INC.

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the plaintiff, CRISTINA LABREAU, and the Defendant, SYNERGETIC COMMUNICATIONS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

By:

| | |
|---|---|
| s/ *Amanda J. Allen, Esq.* | /s/Lauren M. Burnette |
| Amanda J. Allen, Esquire | Lauren M. Burnette, Esq. |
| Florida Bar No. 98228 | Florida Bar No. 120079 |
| Amanda@TheConsumerProtectionFirm.com | lburnette@bn-lawyers.com |
| The Consumer Protection Firm, PLLC | 450-106 State Road 13 N. |
| 210 A South MacDill Avenue | Suite 326 |
| Tampa, FL 33609 | St. Johns, FL 32259 |
| Tele: (813) 500-1500 | Tele: 904-201-9120 |
| Fax: (813) 435-2369 | Attorney for Defendant |
| Attorney for Plaintiff | |

## CERTIFICATE OF SERVICE

I certify that on April 17, 2017 a copy of the foregoing document was served on all counsel of record via CM/ECF.

        *s/Amanda J. Allen, Esq.*
        **Amanda J. Allen, Esquire**
        Florida Bar No. 98228
        Amanda@TheConsumerProtectionFirm.com
        Shenia@TheConsumerProtectionFirm.com
        THE CONSUMER PROTECTION FIRM, PLLC
        210 A South MacDill Avenue
        Tampa, FL 33609
        Tele:  (813) 500-1500
        Fax:  (813) 435-2369
        ***Attorney for Plaintiff***