UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-20372-CIV-WILLIAMS

CRISTINA LABREAU,

    Plaintiff,

vs.

SYNERGETIC COMMUNICATIONS, INC.

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court upon the Parties' joint stipulation of dismissal with prejudice. (DE 15). Upon review of the stipulation and the record, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorney's fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 17 day of April, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE